FILED

01/03/2022

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 21-0217

IN THE SUPREME COURT OF THE STATE OF MONTANA
DA 21-0217

_____

JULIE KOSTELECKY, an individual, on behalf of herself and her minor child
S.M.K.; and JASON KOSTELECKY, an individual, on behalf of himself and his
minor child S.M.K.,

      Plaintiffs and Appellants,

          v.

PEAS IN A POD LLC; LACEY ALLEN; ERICA WILLIAMS; JANE AND
JOHN DOES 1-10,

      Defendants and Appellees.

_____

## ORDER GRANTING APPELLANTS' UNOPPOSED MOTION TO FILE REPLY BRIEF UNDER SEAL

_____

Upon consideration of Appellants' Unopposed Motion to File Reply Brief

Under Seal, and good cause appearing therefrom,

IT IS HEREBY ORDERED that Appellants' Reply Brief shall be filed under

seal.

Electronically signed by:
Mike McGrath
Chief Justice, Montana Supreme Court
January 3 2022